**Fransonia S. OWENS, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 05–3383.

United States Court of Appeals, Federal Circuit.

July 14, 2006.

Before MICHEL, Chief Judge, RADER and SCHALL, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.